United States District Court
Southern District of Texas

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

**ENTERED**

May 27, 2016

David J. Bradley, Clerk

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:16–mj–00963 |
| | § | |
| Christopher Rodriguez | § | |

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for June 2, 2016 at 9:00 AM before United States Magistrate Judge Peter E Ormsby at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Peter E. Ormsby
United States Magistrate Judge

Date of order: **May 27, 2016**