12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 1 2016

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. **M-16-893** |
| | § | |
| JESUS RAMSAY LEAL-GARCIA | § | |
| CHRISTOPHER RODRIGUEZ | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about May 16, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JESUS RAMSAY LEAL-GARCIA
and
CHRISTOPHER RODRIGUEZ**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was less than 50 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(D).

### Count Two

On or about May 16, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JESUS RAMSAY LEAL-GARCIA
and
CHRISTOPHER RODRIGUEZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was less than 50 kilograms, that is, approximately 19 kilograms of a

mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY