12

Case 7:16-cr-00893   Document 25   Filed in TXSD on 06/21/16   Page 1 of 1

| U.S. Department of Justice<br>Washington, D.C.<br>5/20/2016/lf | | Criminal Docket |
|---|---|---|
| __McALLEN__ Division | CR. No. **M-16-893** | M-16-0963-M |
| | Judge: **RICARDO H. HINOJOSA** | |
| **INDICTMENT** Filed: June 21, 2016 | | |
| County: Hidalgo | | |
| Lions #: **2016R12709** | Attorneys: | |
| UNITED STATES OF AMERICA | KENNETH MAGIDSON, U.S. ATTORNEY | |
| v. | LINDA REQUENEZ, ASST. U.S. ATTORNEY | |
| **JESUS RAMSAY LEAL-GARCIA**<br>*Custody: 5/27/2016* | Cts. 1 & 2   Richard Garza, Ret'd, (956) 316-1088 | |
| **CHRISTOPHER RODRIGUEZ**<br>*Custody: 5/27/2016* | Cts. 1 & 2   David Alan Higdon, Apt'd, (956) 682-3451 | |

Charge(s):

    Ct. 1:  Conspiracy to possess with intent to distribute less than 50 kilograms of a mixture or substance containing a detectable amount of marijuana.
          Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(D).

    Ct. 2:  Possession with intent to distribute less than 50 kilograms, that is, approximately 19 kilograms of a mixture or substance containing a detectable amount of marijuana.
          Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

Total Counts **(2)**

Penalty:   Cts. 1 & 2:  Imprisonment for not more than 5 yrs. and/or a $250,000.00 fine and at least a 2 yr. SRT (as to each count)

Agency:   U.S. Postal Services - Mirella Slawson - 2235432

Proceedings

Date