### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. |
| § | 7:16-CR-00893-2 |
| vs. § | |
| § | |
| CHRISTOPHER RODRIGUEZ § | |

### MOTION TO RECONSIDER BOND

CHRISTOPHER RODRIGUEZ, files this Motion to reconsider bond and shows the following:

I.

Defendant Rodriguez was charged with mailing marijuana through the Postal Service. Part of the drug seizures in the case was sent to State Court for prosecution which presented a problem with respect to time credits had he been released on bond in Federal Court. Since his initial detention hearing, the State Court case has been dismissed and if Rodriguez were to obtain a bond, it would not adversely affect his time credit eligibility.

Accordingly, Rodriguez request that the Court set the case for hearing for reconsideration of his bond.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Court grant Defendant's Motion for Reconsideration of Bond.

Respectfully submitted,

**HIGDON LAW FIRM, P.C.**

By: /s/ David A. Higdon
David A. Higdon
Federal I.D.13209
4739 S. Jackson Rd.
Edinburg, Texas  78539
Telephone:  (956) 682-3451
Facsimile:   (956) 682-3453

## **CERTIFICATE OF SERVICE**

This is to certify that on this 22nd day of August 2016, a true and correct copy of the above and foregoing document was automatically accomplished to all attorneys of record through the Notice of Electronic Filing.

>                /s/ David A. Higdon
>                DAVID A. HIGDON

## **CERTIFICATE OF CONFERENCE**

This is to certify that I, David A. Higdon, hereby acknowledge that on August 22nd, 2016, I conferred with the following regarding the filing of this motion.

Ms. Linda Requenez
Assistant U.S. Attorney
1701 W. Business Hwy. 83, Suite 600
McAllen, Texas  78501

>                /s/ David A. Higdon
>                DAVID A. HIGDON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO.** |
| | § | **7:16-CR-00893-2** |
| **vs.** | § | |
| | § | |
| **CHRISTOPHER RODRIGUEZ** | § | |

## ORDER SETTING HEARING

On this day came before the Court the foregoing Motion to Reconsider Bond. The Court is of the opinion that same has been timely filed and should be heard. It is therefore ORDERED that Defendant's motion will be heard on the _____ day of _____ 2016, at _____.m.

The clerk of the Court is ORDERED to notify all attorneys of said hearing date and time.

ORDERED on this the _____ day of _____ 2016.

JUDGE PRESIDING