United States District Court
Southern District of Texas
FILED

AUG 2 4 2016

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| | ) | Case No. | 7:16-CR-0893-2 |
| CHRISTOPHER RODRIGUEZ | ) | | (M-16-0963-M-02) |
| *Defendant* | ) | | |

## DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it)*:
$ 20,000.00 UNSECURED , and there has been deposited in the Registry of the Court the sum of $ NA in cash.

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: August 24, 2016

*Christopher Rodriguez.*
Defendant's signature

_____     _____
Co-Suretor's signature           Co-Suretor's signature

Sworn and signed before me.

DAVID J. BRADLEY, CLERK OF COURT

*Carmel Ramirez*
Carmel Ramirez, Deputy Clerk

Date: August 24, 2016

Approved.

*Peter E. Ormsby, U.S. Magistrate Judge*