IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO. 7:16-CR-00893-2 |
| vs. | § § | |
| CHRISTOPHER RODRIGUEZ | § | |

## MOTION FOR LEAVE TO FILE LATE UNOPPOSED CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, CHIRSTOPHER RODRIGUEZ and files this Motion for Leave to File Late Unopposed Continuance and shows the Court the following:

I.

Defendant requests leave to file late unopposed continuance for reasons set forth in the Unopposed Motion for Continuance.

II.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Court grant Defendant's Motion for Leave to File Late Unopposed Continuance.

Respectfully submitted,

**HIGDON LAW FIRM, P.C.**

By: /s/ David A. Higdon
David A. Higdon
Texas State Bar No. 09590100
Federal I.D. No. 13209
4739 S. Jackson Rd.
Edinburg, Texas 78539
Telephone: (956) 682- 3451
Facsimile: (956) 682-3453

## **CERTIFICATE OF SERVICE**

This is to certify that on November 04, 2016, a true and correct copy of the above and foregoing document was automatically accomplished to all attorneys of record through the Notice of Electronic Filing.

/s/ David A. Higdon
DAVID A. HIGDON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO. 7:16-CR-00893-2 |
| vs. | § § § | |
| CHRISTOPHER RODRIGUEZ | § | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE LATE UNOPPOSED CONTINUANCE

On the _____ day of _____ 2016, the court considered Defendant's Motion for Leave to File Late Unopposed Continuance.

The Court finds that the motion has merit and should be GRANTED / DENIED.

Signed on the _____ day of _____ 2016.

_____
JUDGE PRESIDING