



United States District Court
Southern District of Texas
**ENTERED**
December 02, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NUMBER |
| VS. | ) | |
| | ) | |
| JESUS RAMSAY LEAL-GARCIA | ) | M-16-893 |
| CHRISTOPHER RODRIGUEZ | ) | |

O R D E R

Came on to be considered Defendant Christopher Rodriguez' Motion for Continuance, which is unopposed by the Government and Co-Defendant, Jesus Ramsay Leal-Garcia, and the Court, after considering said motion, finds that the failure to grant the Defendant's Motion for Continuance would be likely to make a continuation of such proceeding impossible or result in a miscarriage of justice and/or in all Defendants arrested in this case not being tried together, and is of the opinion that said motion should be granted.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the unopposed Motion for Continuance of Defendant Christopher Rodriguez is hereby GRANTED and this case is continued as to both defendants for the reasons stated above and in order to try the defendants together.

It is further ORDERED that, as to Defendants Jesus Ramsay Leal-Garcia and Christopher Rodriguez, the Final Pretrial previously set for December 5, 2016, is hereby reset to February 6, 2017, at 9:30 a.m., and Jury Selection previously set for December

6, 2016, is hereby reset to February 7, 2017, at 9:30 a.m., in the Eleventh Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

The Clerk shall send a copy of this order to the Defendants, their counsel, and counsel for the Government.

DONE this 1st day of December, 2016, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE