IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. |
| | § | 7:16-CR-00893-2 |
| vs. | § | |
| | § | |
| CHRISTOPHER RODRIGUEZ | § | |

## MOTION FOR LEAVE TO FILE LATE MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CHRISTOPHER RODRIGUEZ and files this Motion for Leave to File Late Motions and shows the Court the following:

I.

Defendant requests leave to file the following:

1. Motion to Suppress

II.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Court grant Defendant's Motion for Leave to File Late Motions.

Respectfully submitted,

**HIGDON LAW FIRM, P.C.**

By: /s/ David A. Higdon
David A. Higdon
Texas State Bar No. 09590100
Federal I.D. No. 13209
4739 S. Jackson Rd.
Edinburg, Texas  78539
Telephone:  (956) 682- 3451
Facsimile:   (956) 682-3453

## **CERTIFICATE OF SERVICE**

This is to certify that on March 29, 2017, a true and correct copy of the above and foregoing document was automatically accomplished to all attorneys of record through the Notice of Electronic Filing.

/s/ David A. Higdon
DAVID A. HIGDON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. |
| | § | 7:16-CR-00893-2 |
| vs. | § | |
| | § | |
| CHRISTOPHER RODRIGUEZ | § | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE LATE MOTIONS

On the _____ day of _____ 2017, the court considered Defendant's Motion for Leave to File Late Motions.

The Court finds that the motion has merit and should be GRANTED / DENIED.

Signed on the _____ day of _____ 2017.

_____
JUDGE PRESIDING