United States District Court
Southern District of Texas
**ENTERED**
March 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO. 7:16-CR-00893-2 |
| vs. | § § § | |
| CHRISTOPHER RODRIGUEZ | § | |

### ORDER GRANTING MOTION FOR LEAVE TO FILE LATE MOTIONS

On this ___ day of _____ ~~2017~~, the court considered *the above referenced* Defendant's Motion for Leave to File Late Motions.

The Court finds that *said* motion ~~has merit and~~ should be GRANTED ~~/ DENIED~~ *and the Motion to Suppress shall be filed by 4/3/17*.

Signed on the 29th day of March 2017 *at McAllen, Texas*.

_____
JUDGE PRESIDING